**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZHIHUI HUANG,<br>Plaintiff,<br>v.<br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br>Defendants. | Case No. 5:26-cv-05581-AB-RAO<br><br>**ORDER GRANTING PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER (DKT. NO. 3)** |

Upon the Verified Petition for a Writ of Habeas Corpus, Petitioner's Emergency Motion for a Temporary Restraining Order, and the certification of counsel pursuant to Fed. R. Civ. P. 65(b)(1)(B);

And the Court finding, on the basis of specific facts set forth in the Verified Petition and the Emergency Motion, that immediate and irreparable injury will result before Respondents can be heard in opposition, in that Respondents have disclosed to Petitioner she may be transferred across state lines to Texas imminently, thereby threatening this Court's jurisdiction and Petitioner's access to counsel;

And notice having been given to the United States Attorney for the Central District of California and to the Attorney General;

/ / /

**IT IS HEREBY ORDERED** that:

1. Respondents, their agents, officers, employees, and all persons acting in concert with them are RESTRAINED from transferring Petitioner ZHIHUI HUANG (A# 242-166-393) outside the Central District of California, and from transferring her from her current facility to any other facility outside of the district, preserving her placement within the Central District of California for fourteen days, or until further order. If Respondents contend that a transfer is required by exigent circumstances, they shall provide counsel for Petitioner and this Court no less than forty-eight (48) hours' advance written notice identifying the destination facility and the reason for the transfer and shall not effect the transfer absent leave of Court.

2. Respondents are RESTRAINED from removing Petitioner from the United States pending resolution of the Petition or further order of this Court.

3. Within twenty-four (24) hours of entry of this Order, Respondents shall file and serve a declaration, sworn by a person with knowledge, stating the exact location of Petitioner's detention and the name and title of her immediate custodian, and shall supplement that declaration within twelve (12) hours of any change.

4. In light of the nature of the relief granted, which preserves the status quo and this Court's jurisdiction, no security is required under Fed. R. Civ. P. 65(c).

5. The provisions of this Order shall remain in effect notwithstanding any transfer of Petitioner or of this action, unless and until modified by this Court.

Dated: September 23, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE