**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ZHIHUI HUANG,

Petitioner,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,

Respondents.

Case No. 5:26-cv-5581-AB-RAO

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, Dkt. No. 1; Respondents' Answer, Dkt. No. 14; Petitioner's Reply, Dkt. No. 15; the October 21, 2026 Report and Recommendation of United States Magistrate Judge ("Report"), Dkt. No. 17; and all of the records and files herein. The deadline for filing objections has passed, and no objections have been received.

Accordingly, the Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge contained in the Report.

///

IT IS HEREBY ORDERED that:

(1) the Report and Recommendation is accepted and adopted;

(2) the Petition is GRANTED IN PART as to Petitioner's procedural due process claim and DENIED IN PART as to the remaining claims;

(3) Respondents are ORDERED to release Petitioner (A#242-166-393) immediately and place her on the conditions that existed prior to her current detention;

(4) Respondents are ORDERED to file a compliance report within two (2) court days from the date of this Order; and

(5) Respondents are ENJOINED from further detention of Petitioner absent strict compliance with the requirements of due process and all acceptable statutes and regulations.

DATED: November 10, 2026



HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE